**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

|  |  |
|---|---|
| MICHAEL D. MAYNARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:26-cv-00996-BAH |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER**

UPON CONSIDERATION of *Defendant Equifax Information Services, LLC's Motion to Dismiss and Supporting Memorandum*, any opposition thereto, and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2026, hereby:

ORDERED that the Motion is GRANTED, with prejudice.

SO ORDERED:

_____
Brendan Abell Hurson
United States District Judge

95782\337215\287494908