# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

MICHAEL D. MAYNARD,
Plaintiff,

**HD**

Rcv'd by: _____

USDC- BALTIMORE
'26 MAY 4 AM 9:32

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC,
EQUIFAX INFORMATION SERVICES LLC,

Civil Action No. 1:26-cv-00996-BAH

---

## MOTION FOR LEAVE TO FILE ELECTRONICALLY AS A PRO SE LITIGANT

Plaintiff Michael D. Maynard respectfully moves this Court for leave to file documents electronically through the Court's CM/ECF system.

In support, Plaintiff states:

1. Plaintiff is proceeding pro se in this matter.
2. This case involves active motion practice and multiple represented defendants.
3. Electronic filing will:
   o Promote efficiency,
   o Reduce delay,
   o Ensure timely service and receipt of filings,
   o Avoid reliance on EDSS manual processing.
4. Plaintiff has a PACER account and is capable of complying with the Court's CM/ECF procedures and redaction requirements.
5. Plaintiff agrees to comply with:
   o Local Rules 102.1 and 202,
   o The CM/ECF Civil Procedures Manual,
   o All applicable electronic filing rules.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file electronically in this matter.

Respectfully submitted,

Dated: May 4th, 2026

*Michael D Maynard*
Michael D. Maynard
Plaintiff, Pro Se