**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Michael D. Maynard,
Plaintiff,

v.

Experian Information Solutions, Inc., et al.,
Defendants.

Case No. 1:26-cv-00996-BAH

---

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

Plaintiff hereby notifies the Court that he and Defendant Trans Union, LLC have reached a settlement resolving all claims asserted against Trans Union, LLC in this action.

The parties anticipate filing a stipulation of dismissal with prejudice as to Trans Union, LLC upon execution of the settlement agreement.

Plaintiff's claims against the remaining Defendants are unaffected and will proceed.

Respectfully submitted,

*Michael D. Maynard*
Michael D. Maynard
Plaintiff, Pro Se