IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL D. MAYNARD, *
Plaintiff, *

v. * Civil Action No.
1:26-cv-00996-BAH

EXPERIAN INFORMATION *
SOLUTIONS, INC., et al.,
Defendants. *

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
TO DEFENDANT EQUIFAX INFORMATION SERVICES,
LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Michael D. Maynard ("Plaintiff"), pro se, respectfully moves for leave to file a sur-reply to Defendant Equifax Information Services, LLC's Reply in Support of Motion to Dismiss.

In support thereof, Plaintiff states as follows:

1. Defendant Equifax filed a Reply in Support of Motion to Dismiss on May 19, 2026.
2. In its Reply, Defendant raises and expands upon arguments concerning alleged pleading deficiencies, including assertions that Plaintiff's Complaint constitutes a "shotgun pleading," that Plaintiff introduced "new" inaccuracies in his Opposition, and that Plaintiff failed to sufficiently identify the disputed inaccuracies, disputes, and resulting harm.
3. Plaintiff respectfully submits that a brief sur-reply would assist the Court in clarifying the factual allegations already referenced in the Complaint and Opposition, including the nature of the disputed reporting inaccuracies, reinvestigation issues, and cross-bureau inconsistencies referenced throughout Plaintiff's filings.
4. Plaintiff further seeks to clarify that the factual examples discussed in his Opposition were intended to further explain and support the allegations already underlying the Complaint, rather than introduce wholly unrelated claims.
5. Plaintiff respectfully submits that permitting a limited sur-reply would assist the Court in resolving the pending Motion to Dismiss on a complete and clarified record.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant leave to file a sur-reply and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
Michael D. Maynard
Plaintiff, Pro Se
1406 Beetree Court
Bel Air, Maryland 21014