**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| Michael D. Maynard, | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 1:26-cv-996 |
| Experian Information Solutions, Inc. *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>ENTRY OF APPEARANCE IN A CIVIL CASE</u>**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Miriam Weinstock of Venable LLP as counsel for Defendant

Experian Information Solutions, Inc. I certify that I am admitted to practice in this Court.

Dated: May 31, 2026                      Respectfully submitted,

*/s/ Miriam Weinstock*
Miriam Weinstock (Bar No. 32084)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
T (410) 244-7504
F (410) 244-7742
Mweinstock@venable.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 31, 2026, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and caused a copy of the same to be served on Plaintiffs by U.S. Mail, postage prepaid and addressed as follows:

Michael D. Maynard, *Pro Se* Plaintiff
1406 Beetree Court
Bel Air, MD 21014

*/s/ Miriam Weinstock*
Miriam Weinstock