IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL D. MAYNARD,

Plaintiff,

v. Case No. 1:26-cv-00996-BAH

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

_________________________________________/

NOTICE REGARDING SETTLEMENT IN PRINCIPLE WITH EQUIFAX

Plaintiff Michael D. Maynard, proceeding pro se, respectfully advises the Court that Plaintiff and Defendant Equifax Information Services LLC have reached an agreement in principle to resolve Plaintiff's claims against Equifax.

The parties are presently finalizing settlement documentation and related dismissal paperwork. Accordingly, Plaintiff respectfully submits this Notice for the Court's information and anticipates that a stipulation of dismissal as to Equifax will be filed upon completion of the settlement process.

Plaintiff remains prepared to comply with all existing deadlines and Court orders unless otherwise directed by the Court.

Respectfully submitted,

Michael D. Maynard
Michael D. Maynard
1406 Beetree Court
Bel Air, Maryland 21014
Plaintiff, Pro Se

Date: June 4th, 2026