**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MICHAEL D. MAYNARD,**
Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
Defendant.

**Civil Action No. 1:26-cv-00996-BAH**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ADD DEFENDANTS

**Plaintiff**, Michael D. Maynard, appearing pro se, respectfully moves this Honorable Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file the attached Proposed First Amended Complaint and to add additional defendants, and in support thereof states as follows:

1. Plaintiff commenced this action asserting claims under the **Fair Credit Reporting Act** *("FCRA"), 15 U.S.C. § 1681 et seq.*, against Defendant Experian Information Solutions, Inc.
2. ~~Since filing the original Complaint, Plaintiff has continued to investigate the facts~~ underlying the claims asserted in this action and has reviewed additional documents relating to the disputed credit reporting that is the subject of this litigation.
3. As a result of that continuing investigation, Plaintiff identified additional furnishers whose alleged conduct arises from the same nucleus of operative facts, disputed consumer reporting, and reinvestigations that form the basis of this action. Plaintiff therefore seeks leave to amend the Complaint to add American Express National Bank; Capital One, National Association, as successor by merger to Discover Bank; Citibank, N.A.; and Comenity Bank as additional defendants under the Fair Credit Reporting Act.
4. Plaintiff further seeks to assert claims against the proposed defendants arising under the Fair Credit Reporting Act based upon their alleged conduct following notice of Plaintiff's disputes from one or more consumer reporting agencies.
5. The proposed amendment is sought in good faith and not for purposes of delay, undue prejudice, or harassment.
6. Granting leave to amend will promote the efficient resolution of all related claims arising under the Fair Credit Reporting Act by permitting Plaintiff's claims against Experian Information Solutions, Inc., American Express National Bank, Capital One, National Association, as successor by merger to Discover Bank, Citibank, N.A., and Comenity Bank to proceed in a single action. Resolving these related claims together will avoid unnecessary duplication of proceedings, promote judicial economy, and conserve the resources of both the Court and the parties.

7. A copy of Plaintiff's Proposed First Amended Complaint accompanies this Motion and is submitted for the Court's consideration.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

**A.** Grant Plaintiff leave to file the attached Amended Complaint;

**B.** Permit the addition of the defendants identified in the proposed Amended Complaint;

**C.** Direct the Clerk to file the Amended Complaint upon entry of the Court's Order granting leave;

**D.** Issue summonses for the newly added defendants upon filing of the Amended Complaint; and

**E.** Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Michael D Maynard

**Michael D. Maynard**
Plaintiff, Pro Se
Telephone 443-763-6883
1406 Beetree Court
Bel Air, Maryland 21014
MDMaynardSR@gmail.com

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15 day of July, 2026, a copy of the foregoing **Plaintiff's Motion for Leave to File an Amended Complaint and Add Defendants**, together with the attached **Plaintiff's Proposed First Amended Complaint**, was served by **first-class U.S. Mail** upon counsel of record for Defendant Experian Information Solutions, Inc., at the following address:

**Miriam Weinstock, Esq.**
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

Michael D Maynard

**Michael D. Maynard**
Plaintiff, Pro Se